UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MONTOYA ECHEVARRIA,<br>Petitioner,<br>v.<br>TONYA ANDREWS, et al.,<br>Respondents. | No. 1:26-cv-08374-JLT-GSA (HC)<br>(A-Number 201-228-398)<br>ORDER TO SUPPLEMENT RESPONSE |

The undersigned has reviewed Respondents' pleading filed in accordance with the court's order of October 14, 2026. *See* ECF No. 11. The court ordered Respondents to provide "copies of referenced/relevant portions of Petitioner's A-File (**including the I-213**) and other supporting documents, including available documentation related to any asserted violations of release conditions. ECF No. 8 (minute order (emphasis in original)). Respondents have provided an I-213 dated March 6, 2025 and which includes a record of encounters prior to that date. ECF No. 11 at 10-12. The March 6, 2025 I-213 does not include any record of encounters which have occurred subsequent to March 6, 2025, including at minimum 1) an "individual hearing" which was to have occurred May 12, 2025 (*see id.* at 12), and 2) a "custody redetermination hearing" which occurred on March 31, 2026 (*see id.* at 2, 47).

No later than November 30, 2026, Respondents shall supplement their response with a current I-213 that includes encounters which have occurred since March 6, 2025, together with

other supporting documents related to those encounters.

IT IS SO ORDERED.

Dated: **November 19, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE